Page 1 of 1

[ Print ]  [ Close ]

## CITY OF PHILADELPHIA
### Earnings and Deductions

84-JS-01-90       212057       CARABALLO

VIVIANA M CARABALLO
732 LONGSHORE AVE
PHILADELPHIA PA 19111

PAY PERIOD ENDING    11-11-2018
DATE PAYABLE         11-16-2018

| | | | |
|---|---|---|---|
| REGULAR GROSS | 1,903.19 | | |
| ADJUSTMENTS | 0.00 | | |
| PREMIUM PAY / OT | 0.00 | | |
| POLICE STRESS | 0.00 | | |
| TOTAL GROSS EARNINGS | 1,903.19 | YTD GROSS PAY | 43,768.58 |
| | | YTD W-2 GROSS | 35,788.06 |
| FEDERAL TAX | 350.00 | YTD FEDERAL TAX | 7,662.73 |
| F.I.C.A TAX | 105.47 | YTD F.I.C.A TAX | 2,532.71 |
| MEDICARE TAX | 24.67 | YTD MEDICARE TAX | 592.35 |
| CITY WAGE TAX | 74.42 | YTD CITY WAGE TAX | 1,713.81 |
| STATE TAX | 56.65 | YTD STATE TAX | 1,302.70 |
| UNEMPLOYMENT COMPENSATION TAX | 1.11 | YTD UNEMPLOYMENT COMPENSATION TAX | N/A |
| CURRENT NON-TAXED PENSION CONTRI. | 58.62 | PENSION PLAN | Y |
| ACCIDENTAL D & D DEDUCTION | 1.98 | LTD NON TAXED PENSION | 21,601.00 |
| DEFERRED COMPENSATION | 200.00 | LTD TAXED PENSION | 0.00 |
| FLEX SALARY REDUCTIONS | 72.40 | | |
| TRANSIT CHECK PRE TAX DEDUCTION | 144.00 | REGULAR EARNINGS DETAIL | |

EARNINGS TYPE        TIME
RATE 1 PAY - 010/00  (DAYS/16THS)   1,903.19

REGULAR EARNINGS TOTAL        1,903.19

EXCEPTION EARNINGS TOTAL      0.00

NET PAY            813.87

STATEMENT OF DEDUCTIONS AND EARNINGS

©2011 First Judicial District - Office of the Human Resources

https://ch-brapp1.courts.phila.gov/menu_body.asp?sessid=703191140&x=print&s=12&v...   11/27/2018

Page 1 of 1

[Print]  [Close]

## CITY OF PHILADELPHIA
### Earnings and Deductions

84-JS-01-90     212057     CARABALLO

VIVIANA M CARABALLO
732 LONGSHORE AVE
PHILADELPHIA PA 19111

PAY PERIOD ENDING     10-28-2018
DATE PAYABLE          11-02-2018

| | | | |
|---|---|---|---|
| REGULAR GROSS | 1,903.19 | | |
| ADJUSTMENTS | 0.00 | | |
| PREMIUM PAY / OT | 0.00 | | |
| POLICE STRESS | 0.00 | | |
| TOTAL GROSS EARNINGS | 1,903.19 | YTD GROSS PAY | 41,865.39 |
| | | YTD W-2 GROSS | 34,345.49 |
| FEDERAL TAX | 350.00 | YTD FEDERAL TAX | 7,312.73 |
| F.I.C.A TAX | 114.40 | YTD F.I.C.A TAX | 2,427.24 |
| MEDICARE TAX | 26.76 | YTD MEDICARE TAX | 567.68 |
| CITY WAGE TAX | 74.42 | YTD CITY WAGE TAX | 1,639.39 |
| STATE TAX | 56.65 | YTD STATE TAX | 1,246.05 |
| UNEMPLOYMENT COMPENSATION TAX | 1.11 | YTD UNEMPLOYMENT COMPENSATION TAX | N/A |
| | | | |
| CURRENT NON-TAXED PENSION CONTRI. | 58.62 | PENSION PLAN | Y |
| ACCIDENTAL D & D DEDUCTION | 1.98 | LTD NON TAXED PENSION | 21,542.38 |
| DEFERRED COMPENSATION | 200.00 | LTD TAXED PENSION | 0.00 |
| FLEX SALARY REDUCTIONS | 72.40 | | |

REGULAR EARNINGS DETAIL

| EARNINGS TYPE | TIME | |
|---|---|---|
| RATE 1 PAY - 010/00 | (DAYS/16THS) | 1,903.19 |
| REGULAR EARNINGS TOTAL | | 1,903.19 |
| EXCEPTION EARNINGS TOTAL | | 0.00 |

NET PAY     946.85

STATEMENT OF DEDUCTIONS AND EARNINGS

©2011 First Judicial District - Office of the Human Resources

https://ch-hrapp1.courts.phila.gov/menu_body.asp?sessid=703191140&x=print&s=12&y...   11/27/2018

Page 1 of 1

Print   Close

**CITY OF PHILADELPHIA**
**Earnings and Deductions**     84-JS-01-90              212057                    CARABALLO

| | | |
|---|---|---|
| VIVIANA M CARABALLO | | |
| 732 LONGSHORE AVE | PAY PERIOD ENDING | 10-14-2018 |
| PHILADELPHIA PA 19111 | DATE PAYABLE | 10-19-2018 |

| | | | |
|---|---|---|---|
| REGULAR GROSS | 1,903.19 | | |
| ADJUSTMENTS | 0.00 | | |
| PREMIUM PAY / OT | 0.00 | | |
| POLICE STRESS | 0.00 | | |
| TOTAL GROSS EARNINGS | 1,903.19 | YTD GROSS PAY | 39,962.20 |
| | | YTD W-2 GROSS | 32,758.92 |
| FEDERAL TAX | 350.00 | YTD FEDERAL TAX | 6,962.73 |
| F.I.C.A TAX | 105.47 | YTD F.I.C.A TAX | 2,312.84 |
| MEDICARE TAX | 24.67 | YTD MEDICARE TAX | 540.92 |
| CITY WAGE TAX | 74.42 | YTD CITY WAGE TAX | 1,564.97 |
| STATE TAX | 56.65 | YTD STATE TAX | 1,189.40 |
| UNEMPLOYMENT COMPENSATION TAX | 1.11 | YTD UNEMPLOYMENT COMPENSATION TAX | N/A |
| | | | |
| CURRENT NON-TAXED PENSION CONTRI. | 58.62 | PENSION PLAN | Y |
| ACCIDENTAL D & D DEDUCTION | 1.98 | LTD NON TAXED PENSION | 21,483.76 |
| DEFERRED COMPENSATION | 200.00 | LTD TAXED PENSION | 0.00 |
| FLEX SALARY REDUCTIONS | 72.40 | | |
| TRANSIT CHECK PRE TAX DEDUCTION | 144.00 | REGULAR EARNINGS DETAIL | |

| EARNINGS TYPE | TIME | |
|---|---|---|
| RATE 1 PAY - 010/00 | (DAYS/16THS) | 1,903.19 |
| REGULAR EARNINGS TOTAL | | 1,903.19 |
| EXCEPTION EARNINGS TOTAL | | 0.00 |

NET PAY                     813.87

STATEMENT OF DEDUCTIONS AND EARNINGS

©2011 First Judicial District - Office of the Human Resources

https://ch-hrapp1.courts.phila.gov/menu_body.asp?sessid=703191140&x=print&s=12&y...   11/27/2018

Page 1 of 1

[ Print ]  [ Close ]

**CITY OF PHILADELPHIA**
**Earnings and Deductions**       84-JS-01-90            212057            CARABALLO

| | | |
|---|---|---|
| VIVIANA M CARABALLO | PAY PERIOD ENDING | 09-30-2018 |
| 732 LONGSHORE AVE | DATE PAYABLE | 10-05-2018 |
| PHILADELPHIA PA 19111 | | |

| | | |
|---|---|---|
| REGULAR GROSS | 1,903.19 | |
| ADJUSTMENTS | 0.00 | |
| PREMIUM PAY / OT | 0.00 | |
| POLICE STRESS | 0.00 | |
| TOTAL GROSS EARNINGS | 1,903.19 YTD GROSS PAY | 38,059.01 |
| | YTD W-2 GROSS | 31,316.35 |
| FEDERAL TAX | 350.00 YTD FEDERAL TAX | 6,612.73 |
| F.I.C.A TAX | 114.40 YTD F.I.C.A TAX | 2,207.37 |
| MEDICARE TAX | 26.76 YTD MEDICARE TAX | 516.25 |
| CITY WAGE TAX | 74.42 YTD CITY WAGE TAX | 1,490.55 |
| STATE TAX | 56.65 YTD STATE TAX | 1,132.75 |
| UNEMPLOYMENT COMPENSATION TAX | 1.11 YTD UNEMPLOYMENT COMPENSATION TAX | N/A |
| | | |
| CURRENT NON-TAXED PENSION CONTRI. | 58.62 PENSION PLAN | Y |
| ACCIDENTAL D & D DEDUCTION | 1.98 LTD NON TAXED PENSION | 21,425.14 |
| DEFERRED COMPENSATION | 200.00 LTD TAXED PENSION | 0.00 |
| FLEX SALARY REDUCTIONS | 72.40 | |

REGULAR EARNINGS DETAIL
EARNINGS TYPE              TIME
RATE 1 PAY - 010/00        (DAYS/16THS)   1,903.19

REGULAR EARNINGS TOTAL                    1,903.19

EXCEPTION EARNINGS TOTAL                  0.00

NET PAY                       946.85

STATEMENT OF DEDUCTIONS AND EARNINGS

©2011 First Judicial District - Office of the Human Resources

https://ch-hrapp1.courts.phila.gov/menu_body.asp?sessid=703191140&x=print&s=12&y...   11/27/2018