UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Viviana M. Caraballo
       Bankruptcy No. 19-18099amc
       Adversary No.
       Chapter     13

Date:  6-7-19

To:     Cibik & Cataldo, PC

## NOTICE OF INACCURATE FILING

Re:  Application for compensation

The above pleading was filed in this office on **6-7-19.** Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )  Debtor's name does not match case number listed
- ( )  Debtor's name and case number are missing
- **(X)**  Wrong PDF document attached
- ( )  PDF document not legible
- ( )  Notice of Motion/Objection
- ( )  Electronic Signature missing
- ( )  Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

                           Timothy B. McGrath
                           Clerk

                           By: **Stacey**
                           Deputy Clerk