**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                          :        CHAPTER 13
Viviana M. Caraballo

         DEBTOR          :        BKY. NO.  18-18099AMC13

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Amended Notice of Application and Amended Application to Approve Counsel Fees.

                                             Respectfully Submitted,

Date:  June 28, 2019              _____s/_____
                                             MICHAEL A. CATALDO, ESQUIRE
                                             CIBIK & CATALDO, P.C.
                                             1500 WALNUT STREET, STE. 900
                                             PHILADELPHIA, PA  19102
                                             (215) 735-1060